# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 12-1152

_____

Billy Tyler,                       *

                             *

           Appellant,           *

                             *   Appeal from the United States

     v.                      *   District Court for the

                             *   District of Nebraska.

Joseph Caniglia,          *

                             *   [UNPUBLISHED]

           Appellee.            *

_____

Submitted: May 7, 2012

Filed: May 8, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.


Billy Tyler appeals the district court's[1] preservice dismissal of his civil complaint. After careful review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review), we conclude that the district court properly dismissed the complaint. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.